SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RENSSELAER
_____X

SARAH LYNN MALONE,

           Plaintiff,                    **COMPLAINT**

  -vs-                                     Index No.:

STRATEGIC LIMITED PARTNERS, LP & ROY ANDING

           Defendant.

_____X

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The Complaint of the Plaintiff, Sarah Lynn Malone, respectfully shows and alleges as follows:

1. The Plaintiff herein, Sarah Lynn Malone, is a resident of the State of New York. Sarah Lynn Malone resides at 427 7th Avenue, 2nd floor, Troy New York.

2. The defendants herein, Strategic Limited Partners, LP is located at 1452 Hughes Rd., Suite 200 Grapevine, Texas and Roy Anding is located at 866 Westshore Court, League City, Texas.

3. Between March 29, 2023 and June 17, 2023, Seventeen (17) illegal text communications were sent to Sarah Lynn Malone's cell phone number (518)779-9769 in violation of TCPA, 47 U.S.C. section 227(b) and 227 (c) and Seventeen (17) violations of New York GBL 399-z.

4. By reason of the facts and circumstances stated above, Plaintiff is claiming $59,500.

**WHEREFORE**, Plaintiff demands judgement against Defendant in the sum of $59,500.

Dated: February 13, 2024

*(signature)*
Sarah Lynn Malone, Plaintiff
427 7th Avenue, 2nd floor
Troy, New York 12182
Phone #(518)779-9769
Email: Smaloni84@gmail.com