UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH LYNN MALONE )<br>    )<br>    Plaintiff,   )<br>    )<br>v.    )<br>    )<br>STRATEGIC LIMITED PARTNERS, LP and   )<br>ROY ANDLING   )<br>    Defendants.   ) | Case No.: 24-cv-397 (GTS/CFH) |

**STATEMENT PURSUANT TO FED.R.CIV.P. 7.1**

Neither defendant is publicly traded, has a public corporation holding 10 % or more of stock or has a parent corporation that is publicly traded.

Respectfully submitted,

By: *Carl Schaerf*

Carl J. Schaerf
Wade Clark Mulcahy LLP
180 Maiden Lane
New York, NY 10038
cschaerf@wcmlaw.com
Attorney No.  509081