UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____X

SARAH LYNN MALONE,

        Plaintiff,

  -vs-

STRATEGIC LIMITED PARTNERS, LP & ROY ANDING

        Defendants.

_____X

**Mediation Request**

Case No.: 1:24-CV-397 (GTS/CFH)

The Plaintiff requests Ann C. Crowell to act as mediator.

Respectfully submitted:

By: *Sarah Malone*

Sarah Lynn Malone
427 7th Ave., 2nd floor
Troy, NY 12182
(518)779-9769
smaloni84@gmail.com



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 0 5 2024
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany