AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| SARAH LYNN MALONE <br> *Plaintiff* <br> v. <br> STRATEGIC LIMITED PARTNERS, LP/ R. ANDLING <br> *Defendant* | ) <br> ) <br> ) Case No. 24 CV 397 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Admitted Pro Hac Vice - for Defendants STRATEGIC LIMITED PARTNERS, LP and ROY ANDLING .

Date: 8-8-2024

Dominick L. Lanzito
*Attorney's signature*

Dominick L. Lanzito - 6277856
*Printed name and bar number*

Peterson, Johnson & Murray LLC
1301 W. 22nd Street - Suite 500
Oak Brook, IL  60523
*Address*

dlanzito@pjmlaw.com
*E-mail address*

(312) 724-8035
*Telephone number*

(312) 896-9318
*FAX number*