**U.S. DISTRICT COURT – N.D. OF N.Y.**
**FILED**
**Aug 20 - 2024**
John M. Domurad, Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RENSSELAER
_____X

SARAH MALONE,

        Plaintiff,

 -vs-                                        Index No.: 1:24-CV-397 GTS/CFH

STRATEGIC LIMITED PARTNERS, LP AND ROY ANDING

        Defendants.

_____X

Certificate of Service

In accordance with Rules of Practice 150 and 151, 17 C.F.R. §§ 201.150 & .151, I certify that a copy of a Letter to the Judge in regards to Discovery Questions, was served on the following on August 8, 2024 via email at the email address indicated below:

Dominick Lanzito
dlanzito@pjmlaw.com
Counsel for Defendent

*Sarah Malone*
_____
Sarah Malone, Pro Se
[Your position, such as: Respondent Pro Se/ Counsel for Respondent/ Counsel for Division of Enforcement]